U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 0 6 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

PHUNG THACH
(a/k/a "LUCKY")

No. 2:26- cr - 00055-LEW

**INDICTMENT**

The Grand Jury charges:

At times relevant to this Indictment:

1.    Defendant Phung Thach resided in Biddeford, Maine.

2.    Lucky Agency Services was a sole proprietorship engaged in the business of employee leasing.

3.    Defendant managed the day-to-day operations of Lucky Agency Services.

4.    Blue Buoy Staffing LLC was a limited liability company engaged in the business of employee leasing.

5.    Defendant owned and operated Blue Buoy Staffing.

6.    Pursuant to the Internal Revenue Code and associated statutes and regulations, employers are required to withhold amounts from their employees' gross pay including Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes. These taxes will be referred to in this Indictment collectively as "trust fund taxes" because employers hold the withheld amounts in trust until paid over to the United States. Employers are required to remit these withheld, trust fund

amounts to the IRS on a quarterly basis, no later than the last day of the month following the end of the quarter.

7.      In addition to the trust fund taxes that must be withheld from pay, employers are separately required to make contributions under FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions are likewise required to be remitted to the IRS no later than the last day of the month following the end of the quarter. Collectively, these five components required to be remitted quarterly are commonly referred to as "employment taxes," made up of the trust fund taxes withheld (individual income, Social Security and Medicare taxes) and the matching amounts contributed by the employer.

8.      Employers are required to file, one month after the conclusion of the calendar quarter, an Employer's Quarterly Federal Tax Return, Form 941 ("Form 941"), setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

9.      A person is responsible for collecting, accounting for, and paying over the employment taxes if he or she has the authority required to exercise significant control over the employer's financial affairs, regardless of whether the individual exercised such control.

10.      Defendant exercised control over Lucky Agency Services' financial affairs and was a responsible person for collecting trust fund taxes, accounting for

2

the employment taxes by filing Forms 941 with the IRS and paying over to the IRS the employment taxes for Lucky Agency Services' employees.

11.    Defendant exercised control over Blue Buoy Staffing's financial affairs and was a responsible person for collecting trust fund taxes, accounting for the employment taxes by filing Forms 941 with the IRS and paying over to the IRS the employment taxes for Lucky Agency Services' employees.

## COUNTS ONE – EIGHT
### Failure to Collect, Account For, and Pay over Trust Fund Taxes

12.    Paragraphs 1 through 11 are incorporated here.

13.    On about the dates listed below, in the District of Maine, the defendant,

## PHUNG THACH,

willfully failed to collect, truthfully account for, and pay over the trust fund taxes due and owing to the IRS on behalf of the employees of Lucky Agency Services and Blue Buoy Staffing as follows:

| Count | Business | Calendar Quarter Ending | Due Date of Form 941 |
|---|---|---|---|
| ONE | Lucky Agency Services | March 31, 2020 | April 30, 2020 |
| TWO | Lucky Agency Services | June 30, 2020 | July 31, 2020 |
| THREE | Lucky Agency Services | September 30, 2020 | October 31, 2020 |
| FOUR | Lucky Agency Services | December 31, 2020 | January 31, 2021 |
| FIVE | Blue Buoy Staffing | March 31, 2021 | April 30, 2021 |
| SIX | Blue Buoy Staffing | June 30, 2021 | July 31, 2021 |

3

| SEVEN | Blue Buoy Staffing | September 30, 2021 | October 31, 2021 |
| EIGHT | Blue Buoy Staffing | December 31, 2021 | January 31, 2021 |

Thus, the defendant violated Title 26, United States Code, Section 7202.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

_____
ASSISTANT UNITED STATES ATTORNEY

Date: MAY 6 2026

4